# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICCARDO SILVA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOBILE BILLBOARDS, INC., et al.,<br><br>    Defendants. | Case No.: 1:22-cv-24262-RKA |

## NOTICE OF FILING UNREDACTED COMPLAINT

Plaintiff, Riccardo Silva ("Silva") hereby files a copy of the unredacted Complaint as Exhibit A pursuant to this Court's Order dated January 1, 2023 (the "Order") [ECF No. 4].

Silva notes to the Court that it was his prior intention to file his Complaint with redactions, to be followed by a motion to file portions of the Complaint under seal, given the sensitive nature of the false and defamatory accusations therein. Upon further consideration, though, including the Court's Order and relevant case law, Silva is filing the Complaint without any redactions.

Dated: January 4, 2023                              Respectfully submitted,

By: /s/ Joshua M. Mandel

**GREENBERG TRAURIG, PA**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0570
Facsimile: (305) 961-5702
THOMAS R. HEISLER
Florida Bar No. 1029852
Thomas.Heisler@gtlaw.com
BENJAMIN GREENBERG
Florida Bar No. 192732
greenbergb@gtlaw.com
JOSHUA M. MANDEL
Florida Bar No. 1031396
mandelj@gtlaw.com
michelle.cruz@gtlaw.com
fernandezf@gtlaw.com
FLService@gtlaw.com

*Counsel for Plaintiff Riccardo Silva*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2023, a true and correct copy of the foregoing was filed via CM/ECF and will be served via UPS to:

**Defendant Mobile Billboards, Inc.**
8955 Hwy 301 N.
Ste. 210
Parrish, FL 34219

and

c/o Registered Agents Inc.
3030 N. Rocky Point Dr., Ste. 150A
Tampa, FL 33607

/s/ *Joshua M. Mandel*
JOSHUA M. MANDEL

2