# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICCARDO SILVA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOBILE BILLBOARDS, INC., et al.<br><br>    Defendants. | Case No.: 22-cv-24262-Altman/Reid |

## PLAINTIFF RICCARDO SILVA'S UNOPPOSED MOTION FOR PROTECTIVE ORDER GOVERNING THIRD-PARTY PRODUCTION OF DOCUMENTS

Plaintiff Riccardo Silva ("Plaintiff"), through his counsel, respectfully moves the Court for a protective order governing third-party production of documents, and in support thereof, states as follows:

1. Plaintiff filed this lawsuit on December 30, 2022. [ECF No. 1].

2. In the Complaint, [ECF No. 7-1], Plaintiff names five defendants: Mobile Billboards, Inc. ("Mobile Billboards") and four John Doe Defendants (the "John Does").

3. In particular, Plaintiff alleges in his Complaint that the four John Does have anonymously defamed him, through forums such as Twitter, Reddit, a website (the "Website"), and a mobile billboard.

4. Since filing his lawsuit, Plaintiff has been working diligently to identify the anonymous John Does, including for purposes of service of process. *See* Joint Sched. Rpt. [ECF No. 18] (Plaintiff informing the Court that his efforts to identify the John Does are underway); Mot. to Re-Open the Case [ECF No. 23]. Since those filings, Plaintiff has issued numerous subpoenas to individuals and companies he has learned have been in contact with the anonymous individuals believed to be involved in the defamation campaign against him. *See* Mot. to Re-Open the Case [ECF No. 23].

5. Plaintiff has received document productions from some of the subpoenaed parties. To the extent those productions, however, contain confidential or personally-identifiable information ("PII"), Plaintiff seeks a protective order—a proposed form of which is attached hereto as Exhibit A—to protect against disclosure of this confidential information or PII.

6. In fact, one of the subpoenaed third parties made its production of documents conditional on Plaintiff's agreement to the attached proposed protective order.

7. Good cause thus exists to enter the attached proposed protective order.

8. Accordingly, Plaintiff respectfully requests that the Court grant this Motion and enter the proposed protective order governing third-party production of documents attached hereto.

9. Plaintiff has conferred with counsel of record for Defendant Mobile Billboards, which does not oppose the relief sought through this Motion.

WHEREFORE, Plaintiff Riccardo Silva respectfully requests that this Court enter the proposed protective order attached hereto as Exhibit A, and for such further relief as this Court deems equitable, just, and proper.

Dated: May 2, 2023                                    Respectfully submitted,

By: */s/ Joshua M. Mandel*

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0570
Facsimile: (305) 961-5702

**THOMAS R. HEISLER**
Florida Bar No. 1029852
heislert@gtlaw.com
**BENJAMIN GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**JOSHUA M. MANDEL**
Florida Bar No. 1031396
mandelj@gtlaw.com
cruzm@gtlaw.com
fernandezf@gtlaw.com
FLService@gtlaw.com

*Counsel for Plaintiff Riccardo Silva*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   */s/ Joshua M. Mandel*
                                                    JOSHUA M. MANDEL