**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

RICCARDO SILVA,

       Plaintiff,

vs.

MOBILE BILLBOARDS, INC., et al.

       Defendants.

Case No.: 22-cv-24262-Altman/Reid

**PLAINTIFF RICCARDO SILVA'S UNOPPOSED MOTION TO EXTEND**
**TIME TO AMEND PLEADINGS OR TO JOIN CERTAIN PARTIES**

Plaintiff Riccardo Silva ("Plaintiff"), pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Southern District of Florida Local Rule 7.1(a)(1)(J), respectfully moves the Court for an Order extending time to amend pleadings or to join certain parties. In support thereof, Plaintiff states as follows:

1.      As Plaintiff has previously informed this Court, since he filed this case alleging a malicious, defamatory campaign against him by John Doe Defendants, he has worked diligently to identify those defendants and determine their involvement in the scheme. Plaintiff's investigation revealed that the John Doe Defendants went to great lengths to conceal their identities and cover up the scheme, including by the use of phony names, phony email and street addresses, and the use of technology to cover their tracks.

2.      Despite the active concealment, Plaintiff has positively identified one of those John Does, who is a man whose place of residence is Alexandria, Virginia, and who was a key participant in the scheme.

3.      Since identifying that John Doe, Plaintiff has engaged in settlement discussions with and sought to obtain information from him about other John Doe(s) involved in the scheme

and the nature of their involvement, but, to date, Plaintiff has been unable to reach resolution or to obtain information from him.

4.      Plaintiff intends to name him as a defendant in a first amended complaint which Plaintiff intends to file if resolution cannot be reached forthwith.

5.      If he is named, it will be necessary to take party discovery on that John Doe to obtain information about the other John Doe(s) involved in the scheme in order to fully understand the nature of their participation in the scheme. Plaintiff intends to take that discovery as soon as allowable once that John Doe is named in a first amended complaint.

6.      Plaintiff is confident that that discovery, along with other third-party discovery, will be sufficient to confirm the nature of the participation of the other John Doe(s) involved in the scheme. After having obtained that discovery, Plaintiff intends to name those other John Doe(s) in a second amended complaint.

7.      The current due date set by the Court to amend the pleadings or join parties is July 31, 2023, [ECF No. 32].

8.      Plaintiff requests an extension of four (4) months to amend the pleadings or join parties to allow Plaintiff to obtain that discovery in order to fully understand the nature of the participation of the other John Doe(s).

9.      To be clear, Plaintiff intends to file a first amended complaint naming the John Doe Plaintiff has positively identified as a defendant if Plaintiff and that John Doe are unable to reach resolution prior to the current July 31, 2023 deadline. But Plaintiff requests the instant extension of the Court's deadline to obtain information from that John Doe and other third-party discovery in order to fully understand the nature of the participation of the other John Doe(s)

sufficient to name them in a second amended complaint. Therefore, good cause exists to grant the extension.

10.     To date, no Defendant has filed a responsive pleading to the Complaint.[1] The instant motion is being made in good faith and for no improper purpose. Further, the requested extension will not prejudice any of the parties, nor will it unduly delay the proceedings. Plaintiff requests that the Court's July 31, 2023, deadline to file "all motions to amend pleadings or to join parties" be extended to and include November 30, 2023.

11.     Prior to filing the instant motion, Plaintiff spoke with counsel for Defendant Mobile Billboard, who informed Plaintiff that Mobile Billboard has no objection to this motion.

**WHEREFORE**, Plaintiff Riccardo Silva respectfully requests that this Court enter an Order extending the time by which the parties are to file "all motions to amend pleadings or to join parties" up to and including Thursday, November 30, 2023, together with such other and further relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiff certifies he conferred via email on July 20, 2023 with Defendant, Mobile Billboards, Inc. counsel in a good faith effort to resolve the issue raised in this motion and was able to secure their agreement to the relief sought herein as detailed above.

---

[1] Currently, the only named defendant (i.e., the only non-John Doe defendant) is Defendant Mobile Billboards, Inc., who provided the mobile billboard truck on which the defamatory content was published.

Dated: July 21, 2023.

Respectfully submitted,

By: */s/ Benjamin Greenberg*

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0570
Facsimile: (305) 961-5702

**THOMAS R. HEISLER**
Florida Bar No. 1029852
heislert@gtlaw.com
**BENJAMIN GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**JOSHUA M. MANDEL**
Florida Bar No. 1031396
mandelj@gtlaw.com
cruzm@gtlaw.com
fernandezf@gtlaw.com
FLService@gtlaw.com

***Counsel for Plaintiff Riccardo Silva***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 21st day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


<u>*/s/ Benjamin Greenberg*</u>
 BENJAMIN GREENBERG