UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICCARDO SILVA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOBILE BILLBOARDS, INC., et al.<br><br>    Defendants. | Case No.: 1:22-cv-24262-ALTMAN/Reid |

**PLAINTIFF RICCARDO SILVA'S UNOPPOSED MOTION TO EXTEND
TIME TO AMEND PLEADINGS OR TO JOIN CERTAIN PARTIES**

Plaintiff Riccardo Silva ("Plaintiff"), pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Southern District of Florida Local Rule 7.1(a)(1)(J), respectfully moves the Court for an Order extending time to amend pleadings or to join certain parties. In support thereof, Plaintiff states as follows:

1. As this Court knows, since the inception of this case, Plaintiff has worked diligently to identify the John Doe defendants and determine their involvement in the defamation campaign alleged in the Complaint. Through his investigation, Plaintiff has discovered that the John Doe Defendants have gone to great lengths to conceal their identities and cover up the campaign.

2. Despite the active concealment, Plaintiff positively identified one of the key participants in the campaign and issued a subpoena to him for the production of documents and for a deposition. On two occasions, the deposition was scheduled with the individual's agreement and duly noticed, but the individual canceled at the last moment. Finally, Silva was able to take his deposition recently on August 11, 2023.

3. At the deposition, the individual testified to aspects of the campaign, his involvement in it, and the involvement of other individuals in it.

4. Based on the deposition, Plaintiff is further investigating the involvement of those other parties largely through discovery motions in which third parties have resisted a subpoena and the issuance of other subpoenas in order to name at once all parties to the litigation and allege their involvement in the defamation campaign. Given the individual's delay in sitting for the deposition, Plaintiff was unable to complete these tasks by today's date.

5. Plaintiff requests an extension of up to two (2) months from today's date to amend the pleadings or join parties to allow Plaintiff to obtain that discovery in order to perform this investigation and name at once all proper parties and allege their involvement in the campaign.

6. To date, no Defendant has filed a responsive pleading to the Complaint.[1] The instant motion is being made in good faith and for no improper purpose. Plaintiff requests that the Court's deadline to file "all motions to amend pleadings or to join parties" be extended to and include October 31, 2023.

7. Prior to filing the instant motion, Plaintiff spoke with counsel for Defendant Mobile Billboard, who informed Plaintiff that Mobile Billboard has no objection to this motion.

**WHEREFORE**, Plaintiff Riccardo Silva respectfully requests that this Court enter an Order extending the time by which the parties are to file "all motions to amend pleadings or to join parties" up to and including Thursday, October 31, 2023, together with such other and further relief the Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiff certifies he conferred via email on August 31, 2023 with Defendant, Mobile Billboards, Inc. counsel in a

---

[1] Currently, the only named defendant (i.e., the only non-John Doe defendant) is Defendant Mobile Billboards, Inc., who provided the mobile billboard truck on which the defamatory content was published.

good faith effort to resolve the issue raised in this motion and was able to secure their agreement to the relief sought herein as detailed above.

Dated: August 31, 2023.   Respectfully submitted,

By: */s/ Benjamin Greenberg*

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0570
Facsimile: (305) 961-5702
**THOMAS R. HEISLER**
Florida Bar No. 1029852
heislert@gtlaw.com
**BENJAMIN GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**A. SHEILA ORETSKY**
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
**JOSHUA M. MANDEL**
Florida Bar No. 1031396
mandelj@gtlaw.com
FLService@gtlaw.com

*Counsel for Plaintiff Riccardo Silva*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Benjamin Greenberg*
BENJAMIN GREENBERG