**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| RICCARDO SILVA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOBILE BILLBOARDS, INC., et al.<br><br>    Defendants. | Case No.: 1:22-cv-24262-ALTMAN/Reid |

**AGREED ORDER GRANTING PLAINTIFF RICCARDO SILVA'S**
**UNOPPOSED MOTION TO EXTEND TIME TO AMEND PLEADINGS OR**
**TO JOIN CERTAIN PARTIES**

THIS CAUSE comes before the Court upon Plaintiff Riccardo Silva's Unopposed Motion to Extend Time to Amend Pleadings or to Join Certain Parties (the "Motion"). The Court, having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline to Amend Pleadings or to Join Certain Parties shall be October 31, 2023.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record