# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| RICCARDO SILVA, | |
|     Plaintiff, | |
| vs. | Case No.: 1:22-cv-24262-RKA |
| MOBILE BILLBOARDS, INC., et al. | |
|     Defendants. | |

**AGREED ORDER GRANTING PLAINTIFF RICCARDO SILVA'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO AMEND PLEADINGS OR TO JOIN CERTAIN PARTIES**

THIS CAUSE comes before the Court upon Plaintiff Riccardo Silva's Unopposed Motion to Extend Time to Amend Pleadings or to Join Certain Parties (the "Unopposed Motion") (ECF No. __). The Court being advised that counsel are in agreement, having reviewed the Motion, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline to Amend Pleadings or to Join Certain Parties shall be Friday, November 16, 2023.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of November, 2023.

                                                                                                   _____
                                                                                                   ROY K. ALTMAN
                                                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record