UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICCARDO SILVA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOBILE BILLBOARDS, INC., et al.<br><br>    Defendants. | Case No.: 1:22-cv-24262-ALTMAN/Reid |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Riccardo Silva ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses the above-captioned action with prejudice without costs to any parties.

Dated: November 13, 2023.

Respectfully submitted,

By: */s/ Benjamin Greenberg*

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0570
Facsimile: (305) 961-5702
**THOMAS R. HEISLER**
Florida Bar No. 1029852
heislert@gtlaw.com
**BENJAMIN GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**A. SHEILA ORETSKY**
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
**JOSHUA M. MANDEL**
Florida Bar No. 1031396
mandelj@gtlaw.comMoti
FLService@gtlaw.com

*Counsel for Plaintiff Riccardo Silva*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of November, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ Benjamin Greenberg*
                                                BENJAMIN GREENBERG